RECEIVED
AUG 2 8 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
SEP 2 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **ERIC PETRY** | **CIVIL ACTION NO. 07-1185** |
| **VS.** | **SECTION P** |
| **WARDEN, CALDWELL DETENTION CENTER** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE HILL** |

## JUDGEMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the instant action is **DISMISSED WITHOUT PREJUDICE** because the instant petition constitutes a second and successive *habeas* petition within the meaning of 28 U.S.C. §2244(b) filed without prior authorization of the United States Fifth Circuit Court of Appeals.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 26th day of September, 2007.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE